IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMERGENCY ALERTS INNOVATIONS, LLC, § § § *Plaintiff*, § § v. § § AT&T MOBILITY LLC, § § *Defendant*. § § § § § | CIVIL ACTION NO. 2:22-CV-00268-JRG |

### ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Emergency Alerts Innovations, LLC ("Plaintiff") and AT&T Mobility LLC ("Defendant"). (Dkt. No. 24.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE